174 A.3d 506

ROBERT D. FERGUSON, KANSA INTERNATIONAL CORPORA-
TION, LTD., BANKRUPTCY ESTATE, MILO FAMILY LIMITED
PARTNERSHIP, IMIPOLEX LLC, AND OMPHALOS, LLC,
PLAINTIFFS–RESPONDENTS, v. TRAVELERS INDEMNITY
COMPANY, DEFENDANT, AND EXECUTIVE RISK SPECIAL-
TY INSURANCE COMPANY, DEFENDANT–PETITIONER.

C–134 September Term 2017
079243

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000028-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.